No. 374A16                                                    DISTRICT 11B

## SUPREME COURT OF NORTH CAROLINA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| TATITA M. SANCHEZ | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| COBBLESTONE HOMEOWNERS ASSOCIATION OF CLAYTON, INC., a North Carolina non-profit corporation | ) ) ) | From Johnston County |
| _____ | ) | |
| | ) | |
| FRANK CHRISTOPHER | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| COBBLESTONE HOMEOWNERS ASSOCIATION OF CLAYTON, INC., a North Carolina non-profit corporation | ) ) ) | From Johnston County |
| | ) | |
| _____ | ) | |
| | ) | |
| VINCENT FRANKS, JR. | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| COBBLESTONE HOMEOWNERS ASSOCIATION OF CLAYTON, INC., a North Carolina non-profit corporation | ) ) ) | From Johnston County |
| _____ | ) | |

| | |
|---|---|
| ROBERT SAIN and JENNIFER SAIN ) | |
| ) | |
| ) | |
| v. ) | |
| ) | |
| COBBLESTONE HOMEOWNERS ASSOCIATION OF CLAYTON, INC., a North Carolina non-profit corporation ) | From Johnston County |
| ———————————————— ) | |
| ) | |
| DENNIS DRAUGHON and MEGAN DRAUGHON ) | |
| ) | |
| v. ) | |
| ) | |
| COBBLESTONE HOMEOWNERS ASSOCIATION OF CLAYTON, INC., a North Carolina non-profit corporation ) | From Johnston County |
| ———————————————— ) | |
| ) | |

* * * * * * * * * * * * * * * *

### ORDER

The Court determines that the record in this case is too sparse for adequate judicial review and provides an insufficient basis upon which to create binding precedent. We note that appellants have not challenged any of the trial court's findings of fact, and we decline to upset the ruling of the trial court on this record. We express no opinion on the merits of the issues presented in this case but instead

dismiss the appeal and exercise our constitutional and inherent authority to order that the decision of the Court of Appeals in this case, *Sanchez v. Cobblestone Homeowners Ass'n of Clayton, Inc.*, ___ N.C. App. ___, 791 S.E.2d 238 (2016), has no precedential value.

By order of the Court in Conference, this the 6th day of April, 2018.

s/Morgan, J.

For the Court

WITNESS my hand and the seal of the Supreme Court of North Carolina, this the 6th day of April, 2018.

s/Amy Funderburk

AMY FUNDERBURK

Clerk of the Supreme Court